Dismissed and Memorandum Opinion filed May 7, 2009








Dismissed
and Memorandum Opinion filed May 7, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00284-CV

____________

 

MARCUS COLEMAN and ALL OCCUPANTS, Appellants

 

V.

 

WELLS FARGO BANK, N.A., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 911997

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 24, 2008.  On April 27, 2009, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.